**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Hope Zidek
                              Plaintiff,

v.                                           Case No.: 1:22−cv−03087
                                             Honorable Thomas M. Durkin

Essendant Co.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 4, 2022:

        MINUTE entry before the Honorable Thomas M. Durkin: A stipulation to dismiss
has been filed. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is
dismissed with prejudice, with each party to bear its own attorneys' fees and costs. All
pending dates before this court are stricken. Civil case terminated. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.